IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | CASE NO. 1:19 CR 229 |
| MICHAEL DAVID MILLER, ) | |
| ) | |
| Defendant. ) | Title 18, United States Code, Section 875(c) |
| ) | JUDGE OLIVER |

COUNT 1
(Transmission of Threat in Interstate Commerce, 18 U.S.C. § 875(c))

The Grand Jury charges:

On or about August 3, 2018, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant MICHAEL DAVID MILLER, did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another, to wit: Defendant used a cellular telephone in Colorado to communicate a threat to a judicial official in Cleveland, Ohio, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.